IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Cheryl Reed Johnson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-3383 |
| | § | |
| Equifax Information Services, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

This case was filed in October 2009. A hearing was set on February 26, 2010. The plaintiff did not appear and did not contact the court. This court issued an order on that date requiring the plaintiff to appear on March 12, 2010, to show cause why the case should not be dismissed. Again, the plaintiff failed to appear or to contact the court. This case dismissed, without prejudice, for lack of prosecution and failure to comply with the orders of this court.

SIGNED on March 12, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge